UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ |
                                                  |
                                                  |
METROPOLITAN HOSPITAL, INC.,                      |        Case No. 1:09-cv-128
                                                  |
        Plaintiff,                                |
                                                  |     HONORABLE PAUL L. MALONEY
            v.                                    |
                                                  |
UNITED STATES DEPARTMENT                           |
OF HEALTH AND HUMAN SERVICES,                     |
                                                  |
        Defendant.                                |
                                                  |
_____ |

## <u>JUDGMENT</u>

Final judgment is hereby entered in favor of the plaintiff and against the defendant, in an

amount equal to applicable interest on damages which are to be jointly calculated by the parties.

This judgment does not constitute or contain an award of damages.

**IT IS SO ORDERED** on this __4th__ day of November, 2010.

                                    /s/ Paul L. Maloney_____
                                    Honorable  Paul L. Maloney
                                    Chief United States District Judge