UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN HOSPITAL ,

    Plaintiff,

v.

Case No. 1:09-cv-128

HONORABLE PAUL L. MALONEY

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    Defendants,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58 and the order of remand issued by the Sixth Circuit Court of Appeals, **JUDGMENT** hereby enters in favor of the defendants and against the plaintiff.


Date:  July 19, 2013                          /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District